# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY MEIYA LIAO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JACOB J. LEW, *et.al.*,<br><br>Defendants. | Case No. 13-cv-1094-RLW |
| JOSEPH CACCIAPALLE and MELVIN BAREISS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 13-cv-1149-RLW |
| AMERICAN EUROPEAN INSURANCE COMPANY, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 13-cv-1169-RLW |

| | |
|---|---|
| JOHN CANE, on Behalf of Himself and All Others Similarly Situated, | Case No. 13-cv-1184-RLW |
| Plaintiff, | |
| v. | |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants, | |
| FRANCIS J. DENNIS, On Behalf of Himself and All Others Similarly Situated, and Derivatively on Behalf of the FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No. 13-cv-1208-RLW |
| Plaintiff, | |
| v. | |
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | |
| Defendants, | |
| and | |
| THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Defendant and Nominal Defendant. | |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**REGARDING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR**
**CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL**

Mary Meiya Liao, American European Insurance Company, John Cane and Francis J. Dennis (the "Initial Movants"), on one hand, and Joseph Cacciapalle and Melvin Bareiss (the "Cross-Movants"), on the other, hereby stipulate as follows:

WHEREAS, on August 9, 2013, the Initial Movants filed a motion for consolidation of the five above-captioned putative class actions (the "Actions") and for the appointment of Bernstein Litowitz Berger & Grossmann LLP, Grant & Eisenhofer, and Pomerantz Grossman Hufford Dahlstrom & Gross LLP as interim co-lead plaintiffs' counsel in the proposed consolidated action, which was re-noticed on August 26, 2013 (the "Motion").

WHEREAS, on September 6, 2013, the Cross-Movants filed an opposition to the Initial Motion and a cross-motion for consolidation of the Actions and the appointment of Boies, Schiller & Flexner LLP and Kessler Topaz Meltzer & Check LLP as interim co-lead class counsel in the proposed consolidated action (the "Cross-Motion").

WHEREAS, the Initial Movants' reply in support of their Motion is currently due on or before September 13, 2013;

WHEREAS, the Initial Movants' opposition to the Cross-Motion is currently due on or before September 20, 2013;

WHEREAS, the Cross-Movants reply in support of their Cross-Motion is currently due on September 27, 2013;

WHEREAS, counsel for the Initial Movants and counsel for the Cross-Movants have met and conferred and, in the interests of judicial efficiency and party economy, have agreed to a coordinated schedule for outstanding briefing on the Motion and the Cross-Motion, as set forth below.

**THEREFORE IT IS STIPULATED AND AGREED** by the undersigned parties, through their attorneys and subject to the Court's approval, that:

1. The Initial Movants shall file a single consolidated reply in support of their Motion and in opposition to the Cross-Motion on or before September 25, 2013; and

2. The Cross-Movants shall file a reply in support of their Cross-Motion on or before October 4, 2013.

**IT IS SO STIPULATED:**

Dated September 10, 2013

                BERNSTEIN LITOWITZ BERGER
                  & GROSSMANN LLP

                /s/ *David L. Wales*
                David L. Wales (Bar No. 417440)
                1285 Avenue of the Americas
                New York, NY 10019
                Tel: (212) 554-1409
                Fax: (212) 554-1444
                dwales@blbglaw.com

                Blair A. Nicholas
                David R. Kaplan
                12481 High Bluff Drive, Suite 300
                San Diego, CA 92130
                Tel: (858) 793-0070
                Fax: (858) 793-0323
                blairn@blbglaw.com
                davidk@blbglaw.com

                *Counsel for Plaintiff John Cane*

                GRANT & EISENHOFER P.A.

                /s/ *Geoffrey C. Jarvis*
                Geoffrey C. Jarvis (Bar No. 392243)
                123 Justison Street
                Wilmington, DE 19801
                Telephone: (302) 622-7000
                Facsimile: (302) 622-7100


gjarvis@gelaw.com

Jay W. Eisenhofer
485 Lexington Avenue
New York, NY  10017
Telephone:  (646) 722-8500
Facsimile:  (646) 722-8501
jeisenhofer@gelaw.com

*Counsel for Plaintiff Francis J. Dennis*

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman
Lesley F. Portnoy
600 Third Avenue, 20th Floor
New York, NY 10016
Tel:  (212) 661-1100
Fax:  (212) 661-8665
jalieberman@pomlaw.com
lfportnoy@pomlaw.com

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel:  (312) 377-1181
Fax:  (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Plaintiff American European Insurance Company*

GLANCY BINKOW & GOLDBERG LLP

/s/ *Lionel Z. Glancy*
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com

*Counsel for Plaintiff Mary Meiya Liao*

3

KESSLER MELTZER & CHECK, LLP

/s/ *Lee D. Rudy*
Lee D. Rudy
Eric L. Zagar
Matthew A. Goldstein
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

BOIES, SCHILLER & FLEXNER LLP

/s/ *Hamish P.M. Hume*
Hamish P.M. Hume
5301 Wisconsin Ave., NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Counsel for Plaintiffs Joseph Cacciapelle and Melvin Bareiss*

5

Having considered the foregoing stipulation, and good cause appearing therefor, the Court hereby orders that:

1. The Initial Movants shall file a consolidated reply in support of their Motion For Consolidation Of Related Cases And Appointment Of Interim Co-Lead Plaintiffs' Counsel on or before September 25, 2013; and

2. The Cross-Movants shall file a reply in support of their Cross-Motion To Consolidate Actions And Appoint Interim Co-Lead Class Counsel on or before October 4, 2013.

IT IS SO ORDERED.

Dated:  September ___, 2013

_____
HON. ROBERT L. WILKINS
United States District Court Judge